UNITED STATES DISTRICT COURT
DISCRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| ELIZABETH LANGSTON, | ) | Civil Action No. 5:18-02473-CMC-KDW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## **ORDER**

The Defendant, Nancy A. Berryhill, Acting Commissioner of Social Security, has moved this court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the cause to the Commissioner for further administrative proceedings. ECF No. 9. Plaintiff consents to remand. *Id.* at 1.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby

**ORDERS** that the Defendant's motion is granted and this action is **REMANDED** to the Commissioner for further evaluation under sentence four of 42 U.S.C. § 405(g).[1] *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

---

[1] The clerk of the Court will enter a separate judgment pursuant to the Federal Rules of Civil Procedure, Rule 58.

**IT IS SO ORDERED.**

s/Cameron McGowan Currie
CAMERON MCGOWAN CURRIE
Senior United States District Judge

Columbia, South Carolina
January 14, 2019