IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Elizabeth Langston,<br><br>                Plaintiff,<br>vs.<br><br>Nancy A. Berryhill, Acting Commissioner<br>of Social Security,<br>                Defendant. | Civil Action No. 5:18-cv-2473-CMC<br><br>**ORDER** |

This matter is before the court on Plaintiff's petition for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. ECF No. 15. In his petition, Plaintiff seeks an award of attorney's fees in the amount of $860.00, representing 4.3 attorney hours at the rate of $200 per hour, and $16.00 in expenses.

The Commissioner filed a response indicating that she does not oppose payment of $860.00 in attorney's fees and $16.00 in expenses to Plaintiff. ECF No. 16. Accordingly, the court finds this amount reasonable and orders, pursuant to the EAJA, that Plaintiff be awarded $860.00 in attorney's fees and $16.00 in expenses, payable directly to Plaintiff.

**IT IS SO ORDERED**.

                                                          s/Cameron McGowan Currie
                                                          CAMERON MCGOWAN CURRIE
                                                          Senior United States District Judge

Columbia, South Carolina
February 12, 2019